# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## INFORMAL BRIEF

No. 22-6197,   Kenneth Jenkins v. Calvin Woodard

5:19-ct-03190-BO

### 1. Declaration of Inmate Filing

An inmate's notice of appeal is timely if it was deposited in the institution's internal mail system, with postage prepaid, on or before the last day for filing. Timely filing may be shown by:

- a postmark or date stamp showing that the notice of appeal was timely deposited in the institution's internal mail system, with postage prepaid, or
- a declaration of the inmate, under penalty of perjury, of the date on which the notice of appeal was deposited in the institution's internal mail system with postage prepaid. To include a declaration of inmate filing as part of your informal brief, complete and sign the declaration below:

---

**Declaration of Inmate Filing**

Date NOTICE OF APPEAL deposited in institution's mail system: __3-14-2022__

I am an inmate confined in an institution and deposited my notice of appeal in the institution's internal mail system. First-class postage was prepaid either by me or by the institution on my behalf.

I declare under penalty of perjury that the foregoing is true and correct (see 28 U.S.C. § 1746; 18 U.S.C. § 1621).

Signature: _____   Date: __3-14-2022__

[*Note to inmate filers*: If your institution has a system designed for legal mail, you must use that system in order to receive the timing benefit of Fed. R. App. P. 4(c)(1) or Fed. R. App. P. 25(a)(2)(A)(iii).]

---

### 2. Jurisdiction

Name of court or agency from which review is sought: ~~~~ United State Court of Appeals For The Fourth Circuit

Date(s) of order or orders for which review is sought: January 13, 2022

### 3. Issues for Review

Use the following spaces to set forth the facts and argument in support of the issues you wish the Court of Appeals to consider. The parties may cite case law, but citations are not required.

Issue 1. Plaintiff Appeals from the District Court order Granting His Amended Complaint where the Court Dismissed two Defendants - Ms. Dawn Head nurse Supervisor and Ms. Wendy - nurse. Both Nurses Refused to treat Plaintiff Bleeding Rectum Condition and Refused to provide Plaintiff with information to identify them. In addition Both nurses gave Plaintiff the wrong medication and caused Plaintiff serious Problems which made Plaintiff think he was going to die.

**Supporting Facts and Argument.**

The District Dismissed Both nurses after Plaintiff submitted His Amended Complaint and it was granted. Plaintiff is not sure why. Both nurses used Collegiality to hide Mis Conduct and Barred Plaintiff abilities to seek assistance. Both nurses denied Plaintiff medical Care when Plaintiff Requested it.

**Issue 2.** The District Court Dismissed Lt. Jones custody officer And Plaintiff is not sure why.

**Supporting Facts and Argument.**

Lt. Jones tacitly went along with collegiality to hide misconduct and Barred Plaintiff's ability to Report the misconduct.

**Issue 3.** The District Court Dismissed Defendant Detention officer Isreal and Plaintiff don't know why.

**Supporting Facts and Argument.**

Detention officer Isreal maintain intollerance toward Pre-trial detainers and Plaintiff who were under her supervision and uhlized Collegiality to hide misconduct and Barred Plaintiff ability to Report matters.

**Issue 4.** The District Court denied Plaintiff's motion for Appointment of Counsel and Plaintiff motion for Reconsideration for Appointment of counsel.

**Supporting Facts and Argument**

Plaintiff Requested the Appointment of Counsel because Plaintiff could not Respond to any of his paper work from the Court (See Affidavit of Inmate Steven C. Wilson 0448763. This Inmate Responded to all the court motions and orders until he was threaten with a Prison Rule Violation & he Pulled Plaintiff. Plaintiff could not understand what he was supposed to do and needed help. The District Court would not even Grant Plaintiff Request to Appoint the north Carolina Prisoner Legal Service, Inc. who have a Inmate Representation Plan Program for Inmates to help Plaintiff.

**4. Relief Requested**
Identify the precise action you want the Court of Appeals to take:
(1) Reinstate the Defendants who the District Court Dismissed
(2) Over turn all orders of the District Court in this case and Appoint the north Carolina Prisoner Legal Service Inc. to Represent Plaintiff in this Case.
(3) ~~have~~ Issue a order Barring the north Carolina Department of Public Safety from giving Inmate Steven C. Jefferson a Prison Rule infraction for trying to help Plaintiff with this case.

**5. Prior appeals (for appellants only)**
A. Have you filed other cases in this court? Yes [ ] No [✓]

B. If you checked YES, what are the case names and docket numbers for those appeals and what was the ultimate disposition of each?

N/A

_[signature]_
Signature
[Notarization Not Required]

Kenneth R Jenkins
[Please Print Your Name Here]

**CERTIFICATE OF SERVICE**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

I certify that on 3-14-22 I served a copy of this Informal Brief on all parties, addressed as shown below:

_[signature]_
Signature

**NO STAPLES, TAPE OR BINDING PLEASE**