In the United States Court of Appeals
For the Fourth Circuit
5:19-ct-03190-BO

Steven C. Wilson, #0448765
Inmate helper

Kenneth Ray Jenkins                    Affidavit of Steven C. Wilson
   Plaintiff

I am writing this Affidavit for Plaintiff Kenneth Ray Jenkins, who is the Plaintiff in the above case to make the Court aware that I have doing a lot of the Court's responses in Plaintiff case until I was told to stop or face a write up for helping another Inmate do legal work. The Plaintiff in this case have no understanding of the Procedures nor of how to respond to any of the orders of the Court. I am aware of only one Complaint Plaintiff submitted to the Court and that Complaint was Amended by someone helping the Plaintiff. Since that time I have been doing the Plaintiff's Responses.

I write this Affidavit knowing that I may get into trouble for helping Plaintiff but I felt it was the right thing to do as well as what I do now. I am ready to accept the Responsibility for what I do and only ask that the Plaintiff be given a fair chance to Litigate his case.

Respectfully,
Steven C. Wilson
#0448765

This 14 day of March, 2022.

Issue 5: The District Court Granted Defendent's motion for Summary Judgment without Plaintiff having a fair chance to do discovery and respond to that motion. Although Plaintiff could not respond on his own, the court failed to consider granting Counsel for Plaintiff.

Supporting Facts And Arguments:
Plaintiff provide the Court with an Affidavit from Inmate Steven C. Wilson #0448765 who tried to help Plaintiff litigate his case and show that Plaintiff never did any responses to his case because Plaintiff Always needed someone to help him understand what he needed to do.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

KENNETH RAY JENKINS,
        Plaintiff,
v.
WILSON COUNTY JAIL, EDGECOMBE
COUNTY JAIL, WILSON COUNTY
SHERIFF'S DEPARTMENT, SHERIFF
CALVIN WOODARD, LIEUTENANT
JONES and OFFICER ISRAEL,
        Defendants.

**Judgment in a Civil Case**

Case Number: 5:19-CT-3190-BO

**Decision by Court.**

This action came before the Honorable Terrence W. Boyle, United States District Judge, for consideration of the defendants' motion for summary judgment.

**IT IS ORDERED AND ADJUDGED** that defendants Wilson County Jail, Edgecombe County Jail, Wilson County Sheriff's Department, Lieutenant Jones and Officer Israel having been previously dismissed, that the remaining defendant's motion for summary judgment is granted and this action is hereby dismissed.

This Judgment Filed and Entered on January 14, 2022, with service on:
Kenneth Ray Jenkins, #0569762
Johnston Correctional Institution
2465 U.S. 70 West
Smithfield, NC 27577 (via U.S. Mail)

Thomas Matthew Wilmoth and James R. Morgan, Jr. (via CM/ECF Notice of Electronic Filing)

January 14, 2022

Peter A. Moore, Jr.
Clerk of Court

By: *[signature]*
Deputy Clerk