# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

## INFORMAL RESPONSE BRIEF OF DEFENDANT-APPELLEE
## SHERIFF CALVIN WOODARD

No.  22-6197        Kenneth Jenkins v. Calvin Woodard
                    5:19-ct-03190-BO

**1.      Declaration of Inmate Filing**

   Not applicable.

**2.      Jurisdiction**
**Name of court or agency from which review is sought**:

United States District Court for the Eastern District of North Carolina, Western Division
Case No.:    5:19-ct-03190-BO

**Dates of order or orders for which review is sought:**

Plaintiff-Appellant, proceeding *pro se*, challenges the January 13, 2022

Order and January 14, 2022 Judgment dismissing the Plaintiff's lawsuit.

**3.      Issues for Review**

**Issue 1:**

   This Court should affirm the District Court's January 13, 2022 Order and

January 14, 2022 Judgment dismissing the Plaintiff's claims against Defendant

Sheriff Calvin Woodard.

**Supporting Facts and Argument:**

The District Court's January 13, 2022 Order and January 14, 2022 Judgment are well reasoned and should be affirmed. The District Court's January 13, 2022 Order and January 14, 2022 Judgment are incorporated herein by reference.

Plaintiff-Appellant's informal brief mentions Lt. Jones and Officer Israel; however, these individuals are not parties to this appeal. Jones and Israel were dismissed as defendants, without prejudice, in the District Court's October 7, 2020 frivolity review Order (Doc. 20). As Plaintiff-Appellant's notice of appeal (Doc. 55) and Informal Brief clearly indicate, Plaintiff-Appellant has appealed the District Court's January 13, 2022 Order, not the earlier October 7, 2020 Order dismissing other defendants. If this Court were to consider the District Court's October 7, 2020 frivolity review Order, it is well reasoned and should be upheld.

4.    **Relief Requested**
      **Identify the precise action you want the Court of Appeals to take:**

Defendant-Appellee Sheriff Calvin Woodard respectfully submits that the District Court's January 13, 2022 Order and January 14, 2022 Judgment dismissing the Plaintiff-Appellant's claims against him should be affirmed.

5.    **Prior appeals (for appellants only)**

A. Have you filed other cases in this court?  Yes  [   ]   No  [   ]

Not applicable.

B. If you checked YES, what are the case names and docket numbers for those appeals and what was the ultimate disposition of each?

Not applicable.

Respectfully submitted, this 22nd day of March, 2022.

/s/ *James R. Morgan, Jr.*
James R. Morgan, Jr.
N.C. State Bar No. 12496
WOMBLE BOND DICKINSON (US) LLP
One West Fourth Street
Winston-Salem, NC 27101
Telephone: (336) 721-3710
Facsimile: (336) 733-8394
E-mail: Jim.Morgan@wbd-us.com

*Counsel for Defendant-Appellee*
*Sheriff Calvin Woodard*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 22, 2022, I electronically filed the foregoing **INFORMAL RESPONSE BRIEF OF DEFENDANT-APPELLEE SHERIFF CALVIN WOODARD** with the Clerk of Court using the CM/ECF system.

It is further certified that on March 22, 2022, a copy of the foregoing **INFORMAL RESPONSE BRIEF OF DEFENDANT-APPELLEE SHERIFF CALVIN WOODARD** was sent to the following non-CM/ECF participant via United States First-Class Mail to his last known address of record with the Court:

Kenneth Ray Jenkins
#0569762
Johnston Correctional Institution
2465 U.S. 70 West
Smithfield, NC  27577

*Plaintiff-Appellant, Pro se*

/s/ *James R. Morgan, Jr.*
James R. Morgan, Jr.
N.C. State Bar No. 12496
WOMBLE BOND DICKINSON (US) LLP
One West Fourth Street
Winston-Salem, NC  27101
Telephone: (336) 721-3710
Facsimile: (336) 733-8394
E-mail:  Jim.Morgan@wbd-us.com

*Counsel for Defendant-Appellee*
*Sheriff Calvin Woodard*