# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

## CHANGE OF ADDRESS (PRO SE)

**No. 22-6197,**　　Kenneth Jenkins v. Calvin Woodard
　　　　　　　　5:19-ct-03190-BO

If your address changes, it is your obligation to notify the clerk. If your address changes and you do not notify the clerk, we will not be responsible for your failure to receive documents from the court.

THE CLERK IS HEREBY NOTIFIED THAT MY ADDRESS SHOULD BE CHANGED TO:

| Field | Value |
|---|---|
| Name: | KENNETH JENKINS |
| Street/P. O. Box: | 5241 WEBBS CHAPLE ROAD |
| City/State/ZIP: | MACCLESFIELD, N.C. 27852 |
| Telephone Number: | 252 999-0626 |
| Prison (if applicable): | N/A |
| Prisoner's Reg. No. (if applicable): | N/A |
| Release Date (if applicable): | APRIL 23, 2022 |
| Effective Date for Change of Address: | APRIL 23, 2022 |
| Signature: | [signed] |

*Received 2022 MAR 30 AM 11:47*

MR KENNETH JENKINS
JOHNSTON CORRECTIONAL INSTITUTION
2465 U.S. 70 WEST
SMITHFIELD, N.C. 27577

RALEIGH NC 275
Research Triangle Region
28 MAR 2022 PM 2 L

Mailed from
Johnston Correctional Inst
INSPECTED

NCDPS - PRISONS

LEGAL
MAIL
MAR 28 2022
LOC [signature] LEGAL MAIL UNIT 1230

OFFICE OF THE CLERK
UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT
1100 EAST MAIN STREET SUITE 501
RICHMOND, VIRGINIA, 23219-3517

MAR 30 2022

23219-353826